IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

R.R., A MINOR,                                  No. C 13-5919 CW

         Plaintiff,                             CONDITIONAL ORDER
                                                OF DISMISSAL
    v.

MT DIABLO UNIFIED SCHOOL
DISTRICT, et al.,

         Defendants.
_____/

    The Court having been advised that the parties have agreed to

a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed with

prejudice; provided, however, that if any party hereto shall

certify to this Court, with proof of service of a copy thereon on

opposing counsel, within 90 days from the date hereof, that the

agreed consideration for said settlement has not been delivered

over, the foregoing Order shall stand vacated and this cause shall

forthwith be restored to the calendar to be set for trial.  The

further case management conference, pre-trial conference and jury

trial dates are vacated.

Dated:  8/18/2014

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge